No. D–1732. IN RE DISBARMENT OF SILVER. Jack Silver, of Littleton, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring

him to show cause why he should not be disbarred from the practice of law in this Court.